# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **1025 CANAL STREET, LLC** | **CIVIL ACTION NO. 2:20-cv-03312** |
| **vs.** | |
| **CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NUMBER AMR-66147, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, SAFETY SPECIALTY INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, AND OLD REPUBLIC UNION INSURANCE COMPANY** | **CHIEF JUDGE NANETTE JOLIVETTE BROWN**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff 1025 Canal Street, LLC and Defendant Certain Underwriters At Lloyd's Of London Subscribing To Policy Number AMR-66147, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company Of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Safety Specialty Insurance Company, HDI Global Specialty SE, and Old Republic Union Insurance Company by and through their undersigned counsels, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice. Each party shall bear their own costs and attorney fees.

                Respectfully submitted,

Dated:  January 28, 2021          **WEISER LAW FIRM**

      ___s/Harold Weiser, III_____
Harold Weiser, Esq.
(Louisiana Bar Roll #32762)
Counsel for 1025 Canal Street, LLC

Dated:  January 28, 2021          **PHELPS DUNBAR**

      ___s/Virginia Y.Dodd_____
Virginia Y. Dodd, Esq.
(Louisiana Bar Roll #25275)
Counsel for Certain Underwriters At Lloyd's Of London Subscribing To Policy Number Amr-66147, Indian Harbor Insurance Company, Qbe Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company Of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Safety Specialty Insurance Company, HDI Global Specialty Se, And Old Republic Union Insurance Company